278

IN THE MATTER OF THE DISSOLUTION OF THE MARRIAGE OF
SULFFRIDGE, *Respondent,* and
SULFFRIDGE (No. 37878), *Appellant.*

515 P2d 182

*William L. Lasswell,* Roseburg, argued the cause and filed the brief for appellant.

*Fred H. Bernau,* Roseburg, argued the cause for respondent. With him on the brief were Bernau & Wilson, Roseburg.

Before Schwab, Chief Judge, and Langtry and Tanzer, Judges.